**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk**

In re:

Sean Arnold Nolan                                         Case No. 05-70305-SCS
                                                          Chapter 13
    Debtor.

**AMENDED**
**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy procedure 3011 and 11 U.S.C §347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" represent unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Sean Arnold Nolan<br>773 Hecate Drive<br>Virginia Beach, VA  23454 | $790.00 |

Dated:    June 15, 2010

/s/ R. Clinton Stackhouse, Jr.
_____
Chapter 13 Trustee